```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 09471
   ROBERT EDWARD TAYLOR
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-1814

------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
   The case was filed on 12/05/2006 and was confirmed 03/19/2007.

   The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

   The case was dismissed after confirmation 12/17/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------
OFFICE OF THE US TRUSTEE  NOTICE ONLY    NOT FILED          .00            .00
GLENN R HEYMAN            ADMINISTRATIV   1968.00           .00         820.00
5401 CONDO ASSN           SECURED        15538.00       1143.75         811.66
CHICAGO PATROLMENS FED C  SECURED VEHIC       .00           .00            .00
CITY OF CHICAGO CREDIT U  UNSEC W/INTER  NOT FILED          .00            .00
WELLS FARGO BANK          CURRENT MORTG       .00           .00            .00
CHICAGO PATROLMENS FED C  SECURED        12056.00        886.97         647.34
CHICAGO PATROLMENS FED C  UNSEC W/INTER    159.35          5.59          48.23
WELLS FARGO BANK          MORTGAGE ARRE  12667.95           .00        2110.66
CHICAGO PATROLMENS FED C  UNSEC W/INTER    536.25         18.37         162.41
CHICAGO PATROLMENS FED C  UNSEC W/INTER    808.96         27.69         245.03
MELVIN J KAPLAN           DEBTOR ATTY         .00                          .00
TOM VAUGHN                TRUSTEE                                       472.30
DEBTOR REFUND             REFUND                                           .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE              7,400.00

PRIORITY                                       .00
SECURED                                    3,569.66
    INTEREST                               2,030.72
UNSECURED                                    455.67
    INTEREST                                  51.65
ADMINISTRATIVE                               820.00
TRUSTEE COMPENSATION                         472.30
DEBTOR REFUND                                   .00
                     ---------------     ---------------
TOTALS               7,400.00              7,400.00

               PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 09471 ROBERT EDWARD TAYLOR
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/26/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 06 B 09471 ROBERT EDWARD TAYLOR